BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 1 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF | CASE NO.  2:15-SW-0286 DAD |
|---|---|
| 8051 EAST STOCKTON BOULEVARD #A34 SACRAMENTO, CALIFORNIA 95823 | APPLICATION AND ORDER FOR UNSEALING SEARCH WARRANT |

On May 29, 2015, a search warrant was filed in the above-referenced case.  Since the

government has made initial arrests in this case, it is no longer necessary for the search warrant to be

sealed.  The government respectfully requests that the search warrant and attached affidavit be unsealed.

Dated: June 11, 2015

BENJAMIN B. WAGNER
United States Attorney

By: _____
PAUL A. HEMESATH
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: 6-11-2015

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

APPLICATION AND ORDER FOR UNSEALING SEARCH
WARRANT.

1